KC FILED
NOV 05 2007
NOV 05 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **07CR 730** |
| vs. | ) | |
| ROBERTA KRAKOWSKY | ) | Violation: Title 18, United States Code, Section 641 |

**JUDGE CASTILLO**

The UNITED STATES ATTORNEY charges:          **MAGISTRATE JUDGE SCHENKIER**

Beginning in or around January 2001, and continuing to in or around February 2005, at Lockport, in the Northern District of Illinois, Eastern Division,

ROBERTA KRAKOWSKY,

defendant herein, did steal, purloin, and knowingly convert to her own use money belonging to the United States, namely, approximately $26,402 in funds administered by the Social Security Administration as part of its Supplemental Security Income program, which funds defendant was not entitled to receive;

In violation of Title 18, United States Code, Section 641.

*Patrick J. Fitzgerald*
UNITED STATES ATTORNEY