# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                                 Plaintiff,

v.                                                                          Case No.: 1:07−cr−00730
                                                                           Honorable Ruben Castillo

Roberta Krakowsky

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 7, 2007:

      MINUTE entry before Judge Ruben Castillo as to defendant Roberta Krakowsky : Arraignment reset to 11/21/2007 at 9:45 AM. Arraignment hearing set for 11/14/2007 is vacated.Mailed notice (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.