## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 730 | **DATE** | 11/21/2007 |
| **CASE TITLE** | USA vs. Roberta Krakowsky | | |

**DOCKET ENTRY TEXT**

Arraignment and plea hearing held. Defendant appeared, waived formal reading of the Information, and entered a plea of not guilty. Rule 16.1 conference to be held on or before 12/5/2007. Any pretrial motions should be filed on or before 12/19/2007. The Court will hold a status hearing in open court on 1/17/2008 at 1:00 p.m. From today's date until 1/17/2008 is excluded pursuant to 18 U.S.C. 3161(h)(2) and 18 U.S.C. 3161(h)(8)(A)(B). (X-I and X-T).

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | RO |
|---|---|---|