JAN 14 2008

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided by Local Rules 83.12 through 83.14.

In the Matter of            Case Number:

**ROBERTA KRAKOWSKY**     **07 CR 730**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**ROBERTA KRAKOWSKY**

| | |
|---|---|
| NAME (Type or print) | Chuck Bretz |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Charles L. Bretz |
| FIRM | Chuck Bretz & Associates, P.C. |
| STREET ADDRESS | 58 N. Chicago St., 2nd Floor |
| CITY/STATE/ZIP | Joliet IL 60432 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6182550 |
| TELEPHONE NUMBER | (815) 740-1545 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☒     APPOINTED COUNSEL ☐