JAN 14 2008

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number:

Roberta Krakowsky                                           07 CR 730

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Roberta Krakowsky

| NAME (Type or print) |
| --- |
| Cosmo J. Tedone |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Cosmo J. Tedone |
| FIRM |
| Chuck Bretz + Assoc.'s, P.C. |
| STREET ADDRESS |
| 58 N. Chicago St, FL 2 |
| CITY/STATE/ZIP |
| Joliet, IL 60432 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6270711 | 815-740-1545 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☒     APPOINTED COUNSEL ☐