## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                     Case No.: 1:07−cr−00730
                                         Honorable Ruben Castillo

Roberta Krakowsky

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 17, 2008:

    MINUTE entry before Judge Ruben Castillo as to defendant Roberta Krakowsky :Status hearing held on 1/17/2008 and continued to 1/30/2008 at 9:30 a.m. Defendant failed to appear for the status hearing. From today's date until 1/30/2008 is excluded pursuant to 18 U.S.C. 3161(h)(8)(A)(B). Mailed notice (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.