Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 730 | **DATE** | 1/30/2008 |
| **CASE TITLE** | USA vs. Roberta Krakowsky | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held on 1/30/2008. Defendant appeared and entered a plea of guilty to the One Count Information. Defendant waives her right to be charged by indictment. The Court finds the defendant is competent to plead, the plea is voluntary and there is a factual basis for the plea. Enter judgment of guilty on the One Count Information. Enter Plea Agreement. Cause referred to the Probation Dept. for a presentence investigation. Sentencing set for 4/23/2008 at 1:00 p.m. Order bond to stand.

Docketing to mail notices.

01:00

| | Courtroom Deputy Initials: | RO |
|---|---|---|